IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Rhonda K. Rhodes-Fazenbaker | : | Chapter 13 |
| Debtor | : | Case No. 1:22-bk-00530-HWV |
| Rocket Mortgage, LLC | : | |
| f/k/a Quicken Loans, LLC | : | |
| f/k/a Quicken Loans Inc. | : | |
| | : | |
| Movant | : | |
| | : | |
| Rhonda K. Rhodes-Fazenbaker | : | |
| Respondent | : | |
| Jack N. Zaharopoulos | : | |
| Trustee | : | |

## DEBTORS' RESPONSE TO ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC F/K/A QUICKEN LOANS INC. MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001

1. Movant, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. filed its Motion for Relief from Stay on January 9, 2023.

2. Debtor admits that she became delinquent on her mortgage payments.

3. Debtor made a lump sum payment on January 6, 2023 to Movant in order to bring herself current with respect to this debt.

4. Debtor requests the Court deny Movant's Motion for Relief.

WHERFORE, Debtor, Rhonda K. Rhodes-Fazenbaker, prays the Court enter its order denying the Motion for Relief from the Automatic Stay that was filed January 9, 2023 by Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

Dated: January 18, 2023                                             Respectfully Submitted,

***/s/Nicholas G. Platt***
Nicholas G. Platt 327239
MOONEY LAW
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 632-4656 Phone
(717) 632-3612 Fax