IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Rhonda K. Rhodes-Fazenbaker | : | Chapter 13 |
| Debtor | : | Case No. 1:22-bk-00530-HWV |
| Rocket Mortgage, LLC | : | |
| f/k/a Quicken Loans, LLC | : | |
| f/k/a Quicken Loans Inc. | : | |
| | : | |
| Movant | : | |
| | : | |
| Rhonda K. Rhodes-Fazenbaker | : | |
| Respondent | : | |
| Jack N. Zaharopoulos | : | |
| Trustee | : | |

**DEBTORS' RESPONSE TO ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC F/K/A QUICKEN LOANS INC. MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001**

1. Movant, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. filed its Motion for Relief from Stay on February 28, 2024.

2. Debtor states she was delinquent on payments and at this time has made payment to become current.

3. Debtor requests the Court deny Movant's Motion for Relief.

WHERFORE, Debtor, Rhonda K. Rhodes-Fazenbaker, prays the Court enter its order denying the Motion for Relief from the Automatic Stay that was filed February 28, 2024 by Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

Dated: March 5, 2024                                     Respectfully Submitted,

                                                         ***/s/Nicholas G. Platt***
                                                         Nicholas G. Platt 327239
                                                         MOONEY LAW
                                                         230 York Street
                                                         Hanover, PA 17331
                                                         ngp@mooney4law.com
                                                         (717) 632-4656 Phone
                                                         (717) 632-3612 Fax