# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN Re: RHONDA K. RHODES-FAXENBAKER : | | Chapter 13 |
| DEBTOR : | | Case No. 1:22-bk-00530-HWV |
| : | | |
| TOYOTA LEASE TRUST, : | | |
| MOVANT : | | |
| : | | |
| RHONDA K. RHODES-FAZENBAKER : | | |
| : | | |
| RESPONDENT : | | |
| : | | |
| JACK N. ZAHAROPOULOS : | | |
| TRUSTEE : | | |

## DEBTORS' RESPONSE TO MOTION OF TOYOTA LEASE TRUST'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001

1. Movant, Toyota Lease Trust, filed its Motion For Relief From The Automatic Stay on December 13, 2024.

2. Debtor returned the leased property and the lease obligations are therefore fulfilled

3. Debtor requests the Court deny Movant's Motion for Relief.

WHERFORE, Debtor, Rhonda K. Rhodes-Fazenbaker, prays the Court enter its Order denying the Motion For Relief From The Automatic Stay that was filed December 13, 2024 by Toyota Lease Trust.

Dated: December 16, 2024

Respectfully Submitted,

/s/Nicholas G. Platt
Nicholas G. Platt (327239)
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
717-632-4656 Phone
(717) 632-3612 Fax