# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN Re: RHONDA K. RHODES-FAZENBAKER : | Chapter 13 |
| DEBTOR : | Case No. 1:22-bk-00530-HWV |
| : | |
| ROCKET MORTGAGE, LLC f/k/a : | |
| QUICKEN LOANS, LLC., : | |
| MOVANT : | |
| : | |
| RHONDA K. RHODES-FAZENBAKER: | |
| RESPONDENT : | |
| : | |
| JACK N. ZAHAROPOULOS : | |
| TRUSTEE : | |

## DEBTORS' RESPONSE TO MOTION OF ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001

1. Movant, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, filed its Motion For Relief From The Automatic Stay on February 28, 2025.

2. Debtor made a lump sum payment to Movant on March 3, 2025.

2. Debtor requests an amortization report to show payment history and if post-petition arrears still remain, would like an opportunity to catch up on payments.

3. Debtor requests the Court deny Movant's Motion for Relief.

WHERFORE, Debtor, Rhonda K. Rhodes-Fazenbaker, prays the Court enter its Order denying the Motion For Relief From The Automatic Stay that was filed February 28, 2025 by Rocket Mortgage, LLC f/k/a Quicken Loans, LLC.

Dated: March 3, 2025

Respectfully Submitted,

/s/Nicholas G. Platt
Nicholas G. Platt (327239)
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
717-632-4656 Phone
(717) 632-3612 Fax