## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN Re: **RHONDA K. RHODES-FAZENBAKER** | **:** | **Chapter 13** |
| **DEBTOR** | **:** | **Case No. 1:22-bk-00530-HWV** |
| | **:** | |
| **ROCKET MORTGAGE, LLC f/k/a** | **:** | |
| **QUICKEN LOANS, LLC.,** | **:** | |
| **MOVANT** | **:** | |
| | **:** | |
| **RHONDA K. RHODES-FAZENBAKER** | **:** | |
| **RESPONDENT** | **:** | |
| | **:** | |
| **JACK N. ZAHAROPOULOS** | **:** | |
| **TRUSTEE** | **:** | |

### DEBTORS' RESPONSE TO MOTION OF ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001

1. Movant, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, filed its Motion For Relief From The Automatic Stay on September 10, 2025.

2. Debtor is in agreement that she is delinquent on post-petition mortgage payments.

2. Debtor requests an amortization report to show payment history for an updated balance on arrears and would like an opportunity to catch up on payments.

3. Debtor requests the Court deny Movant's Motion for Relief.

WHERFORE, Debtor, Rhonda K. Rhodes-Fazenbaker, prays the Court enter its Order denying the Motion For Relief From The Automatic Stay that was filed September 10, 2025 by Rocket Mortgage, LLC f/k/a Quicken Loans, LLC.

Dated: September 10, 2025

Respectfully Submitted,

/s/Nicholas G. Platt
Nicholas G. Platt (327239)
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
717-632-4656 Phone
(717) 632-3612 Fax