United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Rhonda K. Rhodes-Fazenbaker  
    Debtor

Case No. 22-00530-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Jan 07, 2026     Form ID: ordsmiss     Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rhonda K. Rhodes-Fazenbaker, 11667 Mercersburg Road, Mercersburg, PA 17236-9525 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jan 07 2026 23:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Jan 07 2026 18:46:00 | Toyota Lease Trust, c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| 5466133 | + | EDI: JPMORGANCHASE | Jan 07 2026 23:40:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 5466134 | + | EDI: CITICORP | Jan 07 2026 23:40:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5467642 | | EDI: AIS.COM | Jan 07 2026 23:40:00 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, PO Box 4457, Houston, TX 77210-4457 |
| 5466135 | + | EDI: IRS.COM | Jan 07 2026 23:40:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5470356 | + | Email/Text: RASEBN@raslg.com | Jan 07 2026 18:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5476720 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2026 18:47:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5466136 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 07 2026 18:46:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 5477911 | | EDI: PRA.COM | Jan 07 2026 23:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5466137 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jan 07 2026 18:46:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5469067 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jan 07 2026 18:46:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC fka Qu, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5466138 | + | EDI: SYNC | Jan 07 2026 23:40:00 | Syncb/belk Dual Card, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 5466358 | + | EDI: PRA.COM | Jan 07 2026 23:40:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5466139 | + | EDI: SYNC | Jan 07 2026 23:40:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5466140 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 07 2026 18:46:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 5473130 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 07 2026 18:46:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5724420 | + | EDI: AIS.COM | Jan 07 2026 23:40:00 | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5724421 | + | EDI: AIS.COM | Jan 07 2026 23:40:00 | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118, Velocity Investments, LLC by AIS InfoSou, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| J Eric Kishbaugh | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC jkishbaugh@udren.com, vbarber@udren.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Keri P Ebeck | on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |

Nicholas G. Platt
      on behalf of Debtor 1 Rhonda K. Rhodes-Fazenbaker ngp@mooney4law.com plattnr61895@notify.bestcase.com

United States Trustee
      ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Rhonda K. Rhodes−Fazenbaker,      Chapter    13

**Debtor 1**

Case No.    1:22−bk−00530−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: January 7, 2026

ordsmiss (05/18)