IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Rhonda K. Rhodes-Fazenbaker**<br>Debtor(s)<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC**<br>Movant<br><br>vs.<br><br>**Rhonda K. Rhodes-Fazenbaker**<br>Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>Trustee | **BK NO. 22-00530 HWV**<br><br>Chapter 13<br><br>Related to Claim No. 2 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 27, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Rhonda K. Rhodes-Fazenbaker
11667 Mercersburg Road
Mercersburg, PA 17236

Attorney for Debtor(s)
Nicholas G. Platt
Mooney Law
230 York Street (VIA ECF)
Hanover, PA 17331

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A (VIA ECF)
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>October 27, 2022</u>

<u>**/s/Michael P. Farrington, Esq.**</u>
Michael P. Farrington, Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com